## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

CARRIE DOSS,                    :

    Plaintiff,              :

vs.                             :       CA 07-0375-C

MICHAEL J. ASTRUE,              :
Commissioner of Social Security,
                                                    :
    Defendant.

## **ORDER**

Upon the unopposed oral request of counsel for the defendant, oral argument in this case, presently scheduled for 11:00 a.m. on December 17, 2007 in Selma, Alabama (Doc. 19), is hereby **RESCHEDULED** for **11:30 a.m.** on that same day, December 17, 2007, and shall take in the United States Courthouse in **Selma, Alabama**.

    **DONE** and **ORDERED** this the 28th day of November, 2007.

                s/WILLIAM E. CASSADY
              **UNITED STATES MAGISTRATE JUDGE**