## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

CARRIE DOSS,                    :

     Plaintiff,               :

vs.                            :        CA 07-0375-C

MICHAEL J. ASTRUE,              :
Commissioner of Social Security,
                               :
     Defendant.

## <u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision. The remand pursuant to sentence four of § 405(g) makes the plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *Shalala v. Schaefer*, 509 U.S. 292, 112 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and

terminates this Court's jurisdiction over this matter.

**DONE** this the 20th day of December, 2007.

 s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**