# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

CARRIE DOSS,                    :

    Plaintiff,                :

vs.                             :     CA 07-0375-C

MICHAEL J. ASTRUE,              :
Commissioner of Social Security,
                                :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,422.70 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 8.6 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living adjusted rate of $165.43 per hour.

**DONE** this the 5th day of March, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE**